# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2523. SWING et al. v. US BANK N.A.**

This appeal in a dispossessory action was docketed on August 13, 2012, making appellant's brief and enumeration of error(s) due on September 4, 2012. To date, the appellant has not filed a brief and has not requested additional time to do so. Court of Appeals Rule 23 (a) provides that "[f]ailure to file within [20 days of docketing], unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offender to contempt." Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*